UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT S. ROBERTS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security Administration,<br><br>　　　　Defendant. | CASE NO. CV 13-4706-VBF (AGR)<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE |

　　　Pursuant to this court's Order Re: Further Proceedings dated July 17, 2013, Plaintiff was required to file his motion for summary judgment, and points and authorities in support of the relief requested, no later than 30 days after the Answer and Certified Administrative Record were filed. (Dkt. No. 7 at 2.) The Answer and Certified Administrative Record were filed on June 10, 2014. (Dkt. Nos. 18-19.) Accordingly, Plaintiff's motion for summary judgment should have been filed and served 30 days later on July 10, 2014.

　　　This court previously informed Plaintiff about the pro se clinic available to help individuals who represent themselves in federal civil actions. (Dkt. No. 9.)

　　　To date, Plaintiff has not filed a motion for summary judgment. Accordingly, **no later than September 15, 2014, Plaintiff is ordered to show cause** why this case

1  should not be dismissed for failure to prosecute and to abide by court orders.  Filing of
2  Plaintiff's motion for summary judgment on or before September 15, 2014, shall be
3  deemed compliance with this Order to Show Cause.
4     If Plaintiff does not file a motion for summary judgment or timely respond to this
5  order to show cause on or before September 15, 2014, this court will recommend
6  dismissal without prejudice for failure to prosecute and/or failure to follow court orders.

8  DATED: August 15, 2014                    /s/ Alicia G. Rosenberg
9                                        ALICIA G. ROSENBERG
                                          UNITED STATES MAGISTRATE JUDGE

- 2 -