UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALBERT S. ROBERTS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Carolyn W. Colvin, Commissioner of Social Security,<br><br>　　　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) | CASE NO. LA CV 13-04706-VBF-AGR<br><br>JUDGMENT |

　　In accordance with the Order Accepting Findings and Recommendation of United States Magistrate Judge filed concurrently herewith,

　　IT IS HEREBY ADJUDGED that judgment is entered for the defendant, the Commissioner of the Social Security Administration.

DATED:　　June 3, 2015

　　　　　　　　　　　　　　　　*Valerie Baker Fairbank*
　　　　　　　　　　　　　　　　VALERIE BAKER FAIRBANK
　　　　　　　　　　　　　　　Senior United States District Judge